AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00582 |
| Christopher Michael Cunningham | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 08/30/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Christopher Michael Cunningham                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct in Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/30/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.30 13:09:38 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/30/21 , and the person was arrested on *(date)* 8/31/21
at *(city and state)* Old Hickory, TN .

Date: 8/31/21

*Arresting officer's signature*

Angelo Defeo, Special Agent
*Printed name and title*