UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) No. 21-CR603 (RC)
)
)
CHRISTOPHER CUNNINGHAM, )
)
Defendant.

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his rights to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____       Date: 2/15/2022
United States District Judge